UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH BUNDY and PAMELA RUSH, husband and wife, and the marital community comprised thereof,

    Third-Party Plaintiffs,

v.

THE CITY OF TACOMA, a municipal corporation; ROBERT J. BLYSTONE and CARLA BLYSTONE, husband and wife; LEROY PARDINI and PATRICIA KARNAY, husband and wife,

    Third-Party Defendants.

Case No. C04-5535FDB

ORDER GRANTING PARTIES' STIPULATION TO EXTEND TIME TO FILE RESPONSE TO CITY OF TACOMA'S MOTION FOR SUMMARY JUDGMENT

The parties having stipulated to a revision of the briefing schedule regarding the City of Tacoma's Motion for Summary Judgment, filed June 23, 2005, and for good cause shown, NOW, THEREFORE, in accordance with that stipulation, IT IS ORDERED:

1. Third-Party Plaintiffs Joseph Bundy and Pamela Rush shall file their responsive brief to The City of Tacoma's Motion for Summary Judgment by no later than **Monday, August 1, 2005;**

2. The City of Tacoma's Reply is due in the normal course on **Friday, August 5. 2005.**

3. The Clerk shall note this matter on the motion calendar for **Friday, August 5, 2005.**

DATED this 12th day of July, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1