**HONORABLE FRANKLIN D. BURGESS**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT R. BLYSTONE and CARLA BLYSTONE, husband and wife, and the marital community comprised thereof, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF TACOMA, a Washington Municipal Corporation; JOSEPH BUNDY and PAMELA RUSH, husband and wife, and the marital community comprised thereof, <br><br> Defendants. <br><br> and <br><br> JOSEPH BUNDY and PAMELA RUSH, husband and wife, <br><br> Counter Claimants and Third Party Plaintiffs, <br><br> vs. <br><br> THE CITY OF TACOMA, a municipal corporation; ROBERT J. BLYSTONE and CARLA BLYSTONE, husband and wife; LEROY PARDINI and PATRICIA KARNAY, husband and wife, <br><br> Third Party Defendants. | CASE NO. C0405535 FDB <br><br> STIPULATION FOR AND ORDER OF DISMISSAL RE: CLAIMS OF THIRD PARTY PLAINTIFFS BUNDY AND RUSH AGAINST THIRD PARTY DEFENDANTS PARDINI AND KARNAY AND CLAIMS OF THIRD PARTY DEFENDANTS PARDINI AND KARNAY AGAINST THIRD PARTY PLAINTIFFS BUNDY AND RUSH |

STIPULATION AND ORDER OF PARTIAL DISMISSAL - 1
S:\BURGESS\SHARE\BMiener\05 Aug 16 Blystone
Dismissal.Partial Pardini & Karnay.doc

LAW OFFICES
SLOAN BOBRICK OLDFIELD & HELSDON, P.S.
PO Box 65590   7610 - 40TH ST. W.
UNIVERSITY PLACE, WA 98464-1590
(253)759-9500
FAX (253)752-5324

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel of record, that the complaint asserted on behalf of third party plaintiffs, Joseph Bundy and Pamela Rush, against third party defendants, Leroy Pardini and Patricia Karnay, and the counterclaim asserted by third party defendants Leroy Pardini and Patricia Karnay against third party plaintiffs Joseph Bundy and Pamela Rush may be dismissed with prejudice and without costs to any party herein and the caption shall be amended in all subsequent pleadings to reflect such dismissal.

_____    _____
Dated                      JAMES W. McCORMICK, WSBA #32898
                           Attorney for Third Party Plaintiffs Bundy and Rush

_____    _____
Dated                      STEWART A. ESTES, WSBA 15535
                           Attorney for Third Party Plaintiffs Bundy and Rush

_____    _____
Date                       SANDRA B. BOBRICK, WSBA #11359
                           Attorney for Third Party Defendants Pardini and Karnay

_____    _____
Date                       JOSEPH M. DIAZ, WSBA #16170
                           Attorneys for Third Party Defendants Pardini and Karnay

_____    _____
Date                       ROGER C. CARTWRIGHT, WSBA #20140
                           Attorney for Plaintiffs/Third Party Defendants Blystone

_____    _____
Date                       DAVID J. LUXENBERG, WSBA #28438
                           Attorney for Defendant/Third Party Defendant
                           City of Tacoma

STIPULATION AND ORDER OF PARTIAL DISMISSAL - 2
S:\BURGESS\SHARE\BMiener\05 Aug 16 Blystone
Dismissal.Partial Pardini & Karnay.doc

LAW OFFICES
SLOAN BOBRICK OLDFIELD & HELSDON, P.S.
PO Box 65590    7610 - 40TH ST. W.
UNIVERSITY PLACE, WA 98464-1590
(253)759-9500
FAX (253)752-5324

# ORDER

PURSUANT TO THE FOREGOING STIPULATION for an order of dismissal of the complaint on behalf of third party plaintiffs, Joseph Bundy and Pamela Rush, against third party defendants, Leroy Pardini and Patricia Karnay, and the counterclaim of third party defendants, Leroy Pardini and Patricia Karnay, against third party plaintiffs, Joseph Bundy and Pamela Rush, with prejudice and without costs, it is hereby

ORDERED, ADJUDGED AND DECREED that the complaint filed on behalf of third party plaintiffs JOSEPH BUNDY and PAMELA RUSH against third party defendants LEROY PARDINI and PATRICIA KARNAY and the counterclaim filed on behalf of third party defendants PARDINI and KARNAY against third party plaintiffs BUNDY and RUSH be and the same are hereby dismissed with prejudice and without costs to any party herein, and the caption shall be amended in all subsequent pleadings to reflect this dismissal.

DONE this 16th day of August 2005

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

SLOAN BOBRICK OLDFIELD & HELSDON, P.S.

By _____
    SANDRA B. BOBRICK, WSBA #11359
    Attorney for Third Party Defendants Pardini and Karnay

DAVIES PEARSON, P.C.

By _____
    JOSEPH M. DIAZ, WSBA #16170
    Attorney for Third Party Defendants Pardini and Karnay

STIPULATION AND ORDER OF PARTIAL DISMISSAL - 3
S:\BURGESS\SHARE\BMiener\05 Aug 16 Blystone
Dismissal.Partial Pardini & Karnay.doc

LAW OFFICES
SLOAN BOBRICK OLDFIELD & HELSDON, P.S.
PO Box 65590   7610 - 40TH ST. W.
UNIVERSITY PLACE, WA 98464-1590
(253)759-9500
FAX (253)752-5324

**Approved as to Form, Notice of Presentation Waived**:

MESSINA BULZOMI

By _____
     JAMES W. McCORMICK, WSBA #32898
     Attorney for Third Party Plaintiffs Bundy and Rush

KEATING BUCKLIN & McCORMACK, INC. P.S.

By _____
     STEWART A. ESTES, WSBA 15535
     Attorney for Third Party Plaintiffs Bundy and Rush

CARTWRIGHT LAW OFFICES, INC.

By _____
     ROGER C. CARTWRIGHT, WSBA #20140
     Attorney for Plaintiffs/Third-Party
     Defendants Blystone

McGAVICK GRAVES, P.S.

By _____
     DAVID J. LUXENBERG, WSBA #28438
     Of Attorneys for Defendant/Third-Party
     Defendant City of Tacoma

STIPULATION AND ORDER OF PARTIAL DISMISSAL - 4
S:\BURGESS\SHARE\BMiener\05 Aug 16 Blystone
Dismissal.Partial Pardini & Karnay.doc

LAW OFFICES
SLOAN BOBRICK OLDFIELD & HELSDON, P.S.
PO Box 65590   7610 - 40TH ST. W.
UNIVERSITY PLACE, WA 98464-1590
(253)759-9500
FAX (253)752-5324

## DECLARATION OF COUNSEL RE: FAX SIGNATURES OF COUNSEL

SANDRA B. BOBRICK, hereby declares:

1. I am the one of the attorneys for third party defendants/cross claimants Leroy Pardini and Patricia Karnay.

2. I declare under penalty of perjury under the laws of the state of Washington the attached document is a true and correct copy of the signature pages signed by counsel Stewart A. Estes, David J. Luxenberg, Joseph M. Diaz and Roger C. Cartwright to the Stipulation and Order of Dismissal re: Claims of Third Party Plaintiffs Bundy and Rush Against Third Party Defendants Pardini and Karnay and Claims of Third Party Defendants Pardini and Karnay Against Third Party Plaintiffs Bundy and Rush.

DATED this _____ day of August, 2005.

SLOAN BOBRICK OLDFIELD & HELSDON, P.S.

By _____
SANDRA B. BOBRICK, WSBA #11369

STIPULATION AND ORDER OF PARTIAL DISMISSAL - 5
S:\BURGESS\SHARE\BMiener\05 Aug 16 Blystone Dismissal.Partial Pardini & Karnay.doc

LAW OFFICES
SLOAN BOBRICK OLDFIELD & HELSDON, P.S.
PO Box 65590   7610 - 40TH ST. W.
UNIVERSITY PLACE, WA 98464-1590
(253)759-9500
FAX (253)752-5324